IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KELLY MARIE DEFLEMINGUE, : CIVIL ACTION
Plaintiff,

v.

NANCY A. BERRYHILL, No. 18-2160
Acting Commissioner of the
Social Security Administration,
Defendant.


FILED
JAN -2 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

BERLE M. SCHILLER, J.

AND NOW, this 2 day of JAN 2019, upon consideration of Plaintiff's request for review, and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, And objections thereto, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's Request for Review is GRANTED; and

3. The matter is remanded to the Commissioner for further review consistent with the Report and Recommendation.

BY THE COURT:

/s/ Berle M. Schiller
BERLE M. SCHILLER
U.S. DISTRICT COURT JUDGE